JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DUQUE MEDRANO,           )<br>                              )<br>          Petitioner, )<br>                              )<br>     v.                       )<br>                              )<br> UNITED STATES OF              )<br> AMERICA,                      )<br>                              )<br>          Respondent. )<br>_____ | Case Nos.<br><br>EDCV 14-00569-VAP (CW)<br>EDCR 13-00033-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that the Petition is DENIED. The Court orders that such judgment be entered.

Dated: October 15, 2014

                                        VIRGINIA A. PHILLIPS<br>
                                  United States District Judge